FILED'05 JUN 28 14:53 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| BEVERLY SCHILLING, | ) | |
| | ) | |
| Plaintiff, | ) | CV 04-6111-AS |
| | ) | |
| v. | ) | |
| | ) | |
| JO ANNE B. BARNHART, | ) | **ORDER** |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Magistrate Judge Donald C. Ashmanskas filed his Findings and Recommendation on June 2, 2005. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the record de novo review. Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). I find no error. Accordingly, I ADOPT the Findings and Recommendation of Magistrate Judge Ashmanskas.

1- ORDER

The decision of the Commissioner is reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

IT IS SO ORDERED.

DATED this 28 day of June, 2005.

OWEN M. PANNER
U.S. DISTRICT COURT JUDGE

2- ORDER